■ 33-24 NORTHERN BLVD., LLC, Appellant, v MESUMI CORP. et al., Respondents. [998 NYS2d 648]—

In an action, inter alia, to recover damages for breach of contract, the plaintiff appeals from so much of an order of the Supreme Court, Queens County (O'Donoghue, J.), dated March 4, 2014, as granted the oral application of the defendant Valdrin Construction Corp. to disqualify the plaintiff's counsel.

Ordered that the appeal is dismissed, with costs.

The order dated March 4, 2014, is not appealable as of right, as it did not decide a motion made on notice (*see* CPLR 5701). No application was made for permission to appeal and, under the circumstances of this case, where the record is inadequate to determine the appeal on the merits, we decline to grant leave to appeal (*see HSBC Mtge. Servs., Inc. v James*, 88 AD3d 651 [2011]). Chambers, J.P., Miller, Duffy and LaSalle, JJ., concur.